No. 824. EL PUEBLO, DEMANDANTE Y APELADO, *v.* GARCÍA, ACUSADO Y APELANTE.—Calumnia e injuria. Guayama. Abril 29, 1915. *Confirmada la sentencia.*

---

No. 1311. PEREA, DEMANDANTE Y APELADO, *v.* CABASSA, DEMANDADA Y APELANTE. Cobro de Dinero. Mayagüez. Mayo 3, 1915. *Desistida la apelación.*

---

No. 817. EL PUEBLO, DEMANDANTE Y APELADO, *v.* SANTIAGO, ACUSADO Y APELANTE.—Infracción Sección 10 de la Ley No. 55 de 1911. San Juan, Sección 2ª. Mayo 3, 1915. *Confirmada la sentencia.*

---

No. 823. EL PUEBLO, DEMANDANTE Y APELADO, *v.* VÁZQUEZ, ACUSADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. Guayama. Mayo 3, 1915. *Confirmada la sentencia.*

---

No. 772. EL PUEBLO, DEMANDANTE Y APELADO, *v.* RODRÍGUEZ, ACUSADO Y APELANTE.—Escalamiento en segundo grado. San Juan, Sección 2ª. Mayo 3, 1915. *Confirmada la sentencia.*

---

No. 1308. FAJARDO, DEMANDANTE Y APELANTE *v.* FAJARDO, DEMANDADO Y APELADO.—*Injunction.* Mayagüez. Mayo 4, 1915. *Desistida la apelación.*

---

No. 59. EX PARTE HUERTAS, PETICIONARIO.—*Habeas Corpus.* Mayo 5, 1915. *Sin lugar.*